UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

George Craig,

    Plaintiff,

        v.             Case No.  1:11cv885

Michael J. Astrue,
Commissioner of Social Security,      Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 14, 2013 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 11) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 11) of the Magistrate Judge is hereby **ADOPTED.** The decision by the Commissioner is **AFFIRMED** and found to be supported by substantial evidence consistent with the opinion by the Magistrate Judge.

**IT IS SO ORDERED.**

                      *s/Michael R. Barrett*
                      Michael R. Barrett
                      United States District Judge